DANNY D. BRACE, JR., #114466
LAW OFFICE OF DANNY D. BRACE, JR.
901 H Street, Suite 500
Sacramento, CA  95814
(916) 552-6660
Fax:  (916) 447-0592

Attorney for Yasir Mehmood

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>YASIRE MEHMOOD,<br><br>　　　　Defendant | Case No.: 2:12 CR 00154 JAM<br><br>**AMENDED** STIPULATION AND ORDER TO EXTEND TIME FOR HEARING AND TO EXCLUDE TIME |

　　　　The parties agree that time beginning June 5, 2012 and extending through July 10, 2012 should be excluded from the calculation of time under the Speedy Trial Act. (T-2 and T-4).  The parties submit that the ends of justice are served by the Court excluding such time, so that counsel for the defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and so that the defendant may have continuity of counsel.  18 U.S.C. § 3161(h)(8)(B)(iv).  The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. §3161(h)(8)(A).

　　　　The parties further request that this matter be taken off the June 5, 2012, calendar and be rescheduled to July 10, 2012 at 9:45 a.m..

STIP AND ORDER TO EXTEND TIME - 1

PDF created with pdfFactory trial version www.pdffactory.com

Respectfully submitted,

Date: 6-1-12         By:   /s/ Danny D. Brace, Jr.,
                           DANNY D. BRACE, JR.,
                           Attorney for
                           Yasir Mehmood

Date: 6-1-12         By:   /s/ Michelle Rodriguez
                           Authorized to sign for Ms.
                           Rodriguez On June 1, 2012
                           MICHELLE RODRIGUEZ
                           Assistant U.S. Attorney

**IT IS SO ORDERED:**
**Dated: 6/4/12**

/s/ John A. Mendez
HON. JOHN A. MENDEZ

STIP AND ORDER TO EXTEND TIME - 2

PDF created with pdfFactory trial version www.pdffactory.com