BENJAMIN B. WAGNER
United States Attorney
MICHELLE RODRIGUEZ
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
(916) 554-2700

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR NO. 12-154-JAM |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) MOTION TO SET STATUS CONFERENCE, TO |
| | ) EXCLUDE TIME; AND ORDER |
| YASIR MEHMOOD, | ) |
| | ) |
| Defendant. | ) |

The undersigned counsel for the United States, Michelle
Rodriguez, Assistant United States Attorney, hereby moves that this
Court calendar a status conference hearing on October 15, 2013 at
9:30 am, or as soon as practicable thereafter. This status
conference is warranted since the Ninth Circuit mandate has been
spread and received by the district court. See ECF 88.

The United States further moves that this court find time
excluded to the October 15, 2013 hearing due to the pendency of
defendant's so-called motions regarding discovery and due to
defendant Mehmood's repeated filings re his on-going review of

discovery materials already provided in this case.  In this regard, the United States submits that approx 3,000 pages of discovery have been provided, including numerous summary documents, state law enforcement reports, federal law enforcement reports, victim information, images, search warrant evidence, documents re recordings, copies of misdirected/stolen US Mail, and forensic reports.

Based upon the foregoing, time under the Speedy Trial Act should be excluded from the date of this Court's receipt/acknowledgment of the mandate from the Ninth Circuit, namely October 4, 2013, through and including October 15, 2013, pursuant to 18 U.S.C. §3161 (h)(8)(A)and (B)(iv)[reasonable time to prepare] and Local Code T4 based upon defense preparation.

While the United States has not contacted defendant Mehmood regarding the setting of the October 15, 2013 status hearing, the United States submits that the time between the filing of this motion and the proposed hearing is sufficient to provide the defendant with notice.


DATED:  October 4, 2013                    BENJAMIN WAGNER
                                           United States Attorney

                                                Michelle Rodriguez
                                           /s/ _____
                                           MICHELLE RODRIGUEZ
                                           Assistant U.S. Attorney




///

BENJAMIN B. WAGNER
United States Attorney
MICHELLE RODRIGUEZ
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
(916) 554-2700

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR NO.  12-154-JAM |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER SETTING STATUS CONFERENCE |
| | ) | HEARING ON 10/15/13 AND EXCLUDING |
| YASIR MEHMOOD, | ) | TIME |
| | ) | |
| Defendant. | ) | |

UPON GOOD CAUSE SHOWN, it is ORDERED that the above referenced
matter shall be calendared for status conference hearing on October
15, 2013, at 9:45 a.m..

Based on the representations of the United States, pendency of
motions and or letters from defendant Mehmood, and good cause
appearing therefrom, THE COURT HEREBY FINDS that the failure to grant
the exclusion of time in this case would deny the defendant
reasonable time necessary for effective preparation, taking into
account the exercise of due diligence.  FURTHER, the Court finds that

MOTION RE STATUS HEARING AND ORDER (proposed)          3

the ends of justice to be served by granting the exclusion of time outweigh the best interests of the public and the defendant in a speedy trial.

Accordingly, it is ordered that time from October 4, 2013, the district court's receipt acknowledgement of the Ninth Circuit mandate, to the October 15, 2013 status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv) and Local Code T-4, to allow defendant reasonable time to prepare. The Court further finds that the ends of justice served by granting this continuance to the available October 15, 2013 hearing outweigh the best interests of the public and the defendant in a speedy trial.


Dated: 10/7/2013                    /s/ John A. Mendez_____
                        _____
                                    JOHN A MENDEZ
                                    United States District Judge
///