BENJAMIN B. WAGNER
United States Attorney
MICHELLE RODRIGUEZ
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 12-154-JAM |
|---|---|
| Plaintiff, | |
| v. | |
| YASIR MEHMOOD, | **NOTICE AND MOTION THAT ADDITIONAL DISCOVERY BE PROVIDED TO U.S. BUREAU OF PRISONS TO ASSIST IN COMPETENCY EVALUATION; AND ORDER** |
| Defendant. | |

Hereby, the United States provides notice of receipt and provision of additional discovery and moves that this Court provide such materials to the US Bureau of Prisons to assist in its mental competency evaluation under 18 USC 4241.

On 11/6/13, this Court concluded "reasonable cause" exists that Mehmood may presently be suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his own defense. 18 U.S.C. 4241. On 11/8/13, this Court made additional factual findings and directed the

| | |
|---|---|
| 1 | Clerk of the Court to provide a copy of the United States' "Motion |
| 2 | For Competency Evaluation" and all associated attachments and later |
| 3 | sealed letters, to the Bureau of Prisons or its designated agent as |
| 4 | such may assist in the evaluation. |
| 5 | On 11/19/13, the undersigned received an FBI Incident Summary |
| 6 | (attached hereto) concerning information provided, since on or about |
| 7 | 8/8/09, by Mehmood's family and or associations. The FBI Incident |
| 8 | Summary reveals Mehmood has demonstrated past aberrant behavior and |
| 9 | or mental illness including: (1) asking others to refer to him with |
| 10 | fictitious names; (2) claims of prior law enforcement background in |
| 11 | Pakistan; (3) claims of prior law enforcement training in other |
| 12 | countries; (4) reports of violent outbursts; (5) reports of threats; |
| 13 | (6) claims of prior employment as a security guard, and (7) reports |
| 14 | of electronic transmission of threats, false letters, and or |
| 15 | correspondence (campaign of harassing communications). Additionally, |
| 16 | the United States submits the FBI Incident Summary contains |
| 17 | background information that will be useful to the competency |
| 18 | evaluation process. |
| 19 | Accordingly, the United States prays this Court forthwith direct |
| 20 | that the attached discovery be forwarded to the United States Bureau |
| 21 | of Prisons or its designated agent as may assist in the mental |
| 22 | competency evaluation of defendant Mehmood. |

DATED:  November 29, 2013             BENJAMIN WAGNER
                                      United States Attorney

                                      /s/ Michelle Rodriguez
                                      MICHELLE RODRIGUEZ
                                      Assistant U.S. Attorney

///

```
BENJAMIN B. WAGNER
United States Attorney
MICHELLE RODRIGUEZ
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>YASIR MEHMOOD,<br><br>  Defendant. | CASE NO. 12-154-JAM<br><br>**ORDER RE U.S. MOTION THAT DISCOVERY BE PROVIDED TO BOP TO ASSIST IN COMPETENCY EVALUATION** |

This Court, having read and considered the United States' "Motion That Additional Discovery Be Provided to U.S. Bureau of Prisons", finds that the discovery materials (attached to the Motion) may assist in the Bureau of Prisons mental competency evaluation under 18 USC 4241. Accordingly, the Motion is GRANTED.

The Clerk of Court is directed forthwith to forward a copy of the discovery materials (attached to the United States' Motion) to the Bureau of Prisons, or its designated agent, as may assist in the mental competency evaluation of defendant Mehmood.

Dated: 12/2/2013                                /s/ John A. Mendez_____
                                       _____
                                       JOHN A MENDEZ
                                       United States District Judge