UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:12-CR-00154-JAM-1 |
|---|---|
| Plaintiff, | |
| v. | **ORDER** |
| YASIR MEHMOOD, | |
| Defendant. | |

The Court is in receipt of pro se Defendant Yasir Mehmood's Motion for Reconsideration for Mental Evaluation and to Impeach Judge Mendez ("Motion"). The Court construes Defendant's Motion as a request that this Court reconsider Judge Mendez's determination that Defendant must undergo a competency evaluation (ECF No. 110).

///
///
///
///
///
///
///

1

Seeking reconsideration before any judge other than the presiding judge is improper. Defendant is admonished that any future motions for reconsideration, or any other motions challenging Judge Mendez's rulings for that matter, must be directed to Judge Mendez himself or, when procedurally appropriate, to the Ninth Circuit. Defendant's Motion (ECF No. 112) is DENIED.

IT IS SO ORDERED.

Dated: December 10, 2013

_____
MORRISON C. ENGLAND, JR, CHIEF JUDGE
UNITED STATES DISTRICT COURT